# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00667-CV

### In re Jerel Smith

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Relator Jerel Smith, an inmate in the Texas Department of Criminal Justice, has filed a pro se petition for writ of mandamus directed to Velva L. Price, District Clerk, Travis County, Texas. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52.1. By statute, an appellate court has no authority to issue a writ of mandamus against a county or district clerk except as necessary to enforce the court's jurisdiction. *See* Tex. Gov't Code § 22.221(a). Because Smith does not seek a writ of mandamus to enforce our jurisdiction, we dismiss his petition for writ of mandamus for want of jurisdiction. *See* Tex. R. App. P. 52.8(a).

Chari Kelly, Justice

Before Justices Goodwin, Baker, and Kelly

Filed:  October 28, 2022